# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CRIMINAL NO. 12-00234-TFM |
| ) | |
| JOSEPH THOMAS PLAMANN, ) | |
| ) | |
| Defendant. ) | |

# ORDER

This matter came on for a revocation hearing this date. In attendance were Assistant U. S. Attorney Michele C. O'Brien, Defense Counsel Michael D. Hickman, and Probation Officer Holly Hubner. The Defendant orally admitted to violations alleged in the revocation petition dated October 13, 2020. Counsel orally and jointly moved to hold the revocation hearing in abeyance pending Defendant's completion of the in-patient drug treatment program at the Salvation Army.

The Court found that there were grounds for revocation of the terms of supervised release; however, based on the representations of counsel and the Defendant, the Court **DECLINED** to revoke supervision at this time. As a special condition of supervised release the Defendant shall participate in the in-patient drug treatment program at the Salvation Army.

The parties' motion to continue is **GRANTED**, and the revocation hearing is **RESCHEDULED for May 20, 2021, at 10:00 a.m.**, to be held in Courtroom 3B, United States Courthouse, Mobile, Alabama.

The Defendant is to be **RELEASED** from federal custody on **Monday, November 30, 2020**, and is to report directly to the Salvation Army immediately after release from custody.

**DONE and ORDERED** this 23rd day of November, 2020.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE